UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
ABILENE DIVISION

THIEN CHI LE,

        Petitioner,

v.                                      No. 1:25-CV-00173-H

MARCELLO VILLEGAS,

        Respondent.

### ORDER

Petitioner Thien Chi Le, an immigrant detainee proceeding pro se, filed a petition for writ of habeas corpus under 28 U.S.C. § 2241 challenging his detention in the Bluebonnet Detention Center. He seeks release from confinement.

Respondent filed a response informing the Court that Petitioner was removed from the United States on November 10, 2025. *See* Dkt. No. 9. Thus, Petitioner is no longer confined at the Bluebonnet Detention Center or in the custody of United States Immigration and Customs Enforcement.

Based on the information provided by Respondent, the Court concludes that Petitioner's claims are moot. Thus, the petition must be dismissed for lack of jurisdiction.

So ordered.

The Court will enter judgment accordingly.

Dated December 16, 2025.

                                                  JAMES WESLEY HENDRIX
                                                  United States District Judge