UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
ABILENE DIVISION

| | |
|---|---|
| THIEN CHI LE,<br><br>Petitioner,<br><br>v.<br><br>MARCELLO VILLEGAS,<br><br>Respondent. | No. 1:25-CV-00173-H |

## JUDGMENT

For the reasons stated in the Court's order entered today, it is ordered, adjudged, and decreed that the petition for writ of habeas corpus is dismissed for lack of jurisdiction as moot.

Dated December 16, 2025.

_____
JAMES WESLEY HENDRIX
United States District Judge